IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JIMMY DEWAYNE RODRIGUEZ | ) | |
| | ) | |
| V. | ) | 3-06-CV-1194-H |
| | ) | |
| NATHANIEL QUARTERMAN, Director, | ) | |
| Texas Department of Criminal Justice | ) | |
| Correctional Institutions Division | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Findings, Conclusions and Recommendations of the United States Magistrate Judge, filed on January 26, 2007, and Respondent's Objections to the Report and Recommendation of the United States Magistrate Judge, filed on February 9, 2007.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings and Conclusions of the Magistrate Judge and Petitioner's Objections. Having done so, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Respondent's Objections are **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED this 16th day of February, 2007.

/s/ Barefoot Sanders
**BAREFOOT SANDERS, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**