# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

JIMMY DEWAYNE RODRIGUEZ, #1283634,　)
　　　　　　　　　Petitioner,　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　　USDC 3:06-CV-1194-H
　　　　　　　　　　　　　　　　　)　　　USCA 07-10726
NATHANIEL QUARTERMAN, Director,　)　　　ECF
　　　　　　　　　Respondent.　　　　　)


## ORDER DENYING SECOND REQUEST FOR CERTIFICATE OF APPEALABILITY


Currently before the Court is petitioner's second notice of appeal and motion for certificate of appealability, filed on June 27, 2007.

This matter was previously determined by the Court on June 12, 2007, at which time the Court denied petitioner's request for a certificate of appealability.

It is therefore ORDERED that the foregoing request fo a certificate of appealability, which duplicates his prior filing, is **DENIED as moot.**

SIGNED this 11th day of <u>September</u>, 2007.


_____
UNITED STATES MAGISTRATE JUDGE